IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RECEIVED
IN CLERK'S OFFICE
JUN 17 2011
U.S. DISTRICT COURT
MID. DIST. TENN.

Stephon Sumpter-Bey,
   Plaintiff,

vs.

Sheriff: Sonny Weatherford, et. al.,
   Defendant.

No. 3:10-1021
Judge Haynes

================================================================
Motion for Disposition / Status
================================================================

Comes now, Pro Se litigant, Stephon Sumpter-Bey, henceforwardly known as the Petitioner. The Petitioner's "allegations of a Pro Se complaint are held to less stringent standards than formal pleadings drafted by Lawyers and, thus, Pro Se complaints are to be liberally construed. Antonelli vs. Sheahan, 81 F.3d 1422 (C.A.7(Ill.) 1996)".

The Petitioner wish to know the "disposition/status of the Petitioner's case. The Petitioner submitted a Motion to **Re-consider** on 5/18/2011, and the Petitioner has not been notified if the courts received the Motion to re-consider...

The Petitioner also submitted an Appeal on 6/6/2011.

The Petitioner has proof of notifying the Courts and all concerned of the Petitioner's new address as is enclosed titled as the **U.S. District Court Middle District of Tennessee (Nashville) CIVIL DOCKET FOR CASE #3:10-cv-01021**

The Petitioner prays that this Court will notify the Petitioner of the current status of the Petitioner's case please...

*[handwritten note: In light of the Order [D.E. No. 40] this motion is DENIED as moot. [signature] 7-26-11]*

Stephon Sumpter-Bey 484523
WEST TENNESSEE STATE PENITENTIARY
480 Green Chapel Rd: P.O. Box 1150 Site 3
Henning, Tennessee 38041-1150