IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

STEPHON SUMPTER-BEY )
 )
    Plaintiff, )
 )
v. ) Civil Action No. 3:10-CV-01021
 )
SHERIFF SONNY WEATHERFORD, )
SONYA TROUTT, RACHEL SEARCY, )
VICKY COLETRAIN, MELINDA )
EPPSTEIN and JULIEN IACOB, )
 )
    Defendants. )

## ~~PROPOSED~~ SCHEDULING ORDER

Pursuant to Federal Rules of Civil Procedure 16(b), all pretrial preparation in this action shall take place according to the following schedule.

### Amendment of Pleadings

The parties shall have until **August 26, 2011,** to move to amend the pleadings.

### Discovery

All discovery shall be completed by **September 26, 2011.** By this, the Court means that all written discovery should be served far enough before the discovery completion date, i.e. at least thirty days prior to the discovery completion deadline, so that responses or objections to any written discovery can be made prior to the completion deadline. For example, serving written discovery upon an opposing party a few days prior to the discovery completion deadline does not comply with this scheduling order and may result in discovery being denied to the requesting party.

Any party seeking to serve written discovery upon another party which would result in responses being served after the discovery completion deadline must obtain leave of the Court to serve untimely discovery requests.

**EXHIBIT 2**

Written discovery should be sent to the opposing party and should not be filed with the Court, nor should a copy of the written discovery be sent to the Court unless it is filed as an attachment to a motion. A Court order is not required for a party to engage in discovery and discovery is not stayed upon the filing of any motion unless specifically ordered by the Court.

### Discovery Motions

All discovery motions must be filed by **September 26, 2011**. All discovery motions must comply with the applicable requirements contained in Rules 26-37 of the Federal Rules of Civil Procedure and Rule 37.01 of the Local Rules of Court.

### Dispositive Motions

All dispositive motions to dismiss and for summary judgment shall be filed by **October 13, 2011**.

### Other Motions

Any other motions (other than in limine or related to trial matters) must be filed by **October 13, 2011**.

### Evidentiary Hearing

This matter is set for an Evidentiary Hearing on one of the following dates per the courts availability: (a) **Wednesday, November 16, 2011**, (b) **Friday, December 16, 2011**, or (c) **Wednesday, December 21, 2011.**

IT IS SO ORDERED.

ENTERED this the __12t__ day of August, 2011.

_____
WILLIAM J. HAYNES, Jr
UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY:**


_____
Thomas B. Russell
GULLETT, SANFORD, ROBINSON &
 MARTIN, PLLC
315 Deaderick Street, Suite 1100
P. O. Box 198888
Nashville, TN 37219-8888
(615) 244-4994



_____
Stephon Sumpter-Bey #484523
West Tennessee State Penitentiary
P.O. Box 1150
Henning, TN 38041

446902.1/2010931

3